DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PABLO ANGELES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-235 GEB |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. ) | |
| PABLO ANGELES-AGUILAR, ) | Date: August 20, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between defendant, PABLO ANGELES-AGUILAR, and plaintiff, United States of America, by and through their attorneys, that the status conference set for August 20, 2010, may be continued to September 10, 2010, at 9:00 a.m.

   Probation has yet to complete a pre-plea presentence report requested by the parties. Additional time is therefore needed to complete the report and for the parties to consider how it may affect resolution of the case.

///

1

Accordingly, the parties agree to extend time for the status conference until September 10, 2010 and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 13, 2010    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for PABLO ANGELES-AGUILAR

BENJAMIN B. WAGNER
United States Attorney

Dated: August 13, 2010    /s/ T. Zindel for M. Anderson
MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 10, 2010, at 9:00 a.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: August 13, 2010

GARLAND E. BURRELL, JR.
United States District Judge