DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PABLO ANGELES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-235 GEB |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) | |
| PABLO ANGELES-AGUILAR, | ) | Date: September 10, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED AND AGREED** between defendant, PABLO ANGELES-AGUILAR, and plaintiff, United States of America, by and through their attorneys, that the status conference set for September 10, 2010, may be continued to September 17, 2010, at 9:00 a.m.

Probation has yet to complete a pre-plea presentence report requested by the parties. Additional time is therefore needed to complete the report and for the parties to consider how it may affect resolution of the case.

1

Accordingly, the parties agree to extend time for the status conference until September 17, 2010 and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: September 8, 2010      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PABLO ANGELES-AGUILAR

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: September 8, 2010      /s/ T. Zindel for M. Anderson
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 17, 2010, at 9:00 a.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: September 8, 2010

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge